Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Tom E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALA SLOATMAN, individually, and on behalf of all others similarly situated ) ) ) | Case No. 2:20-cv-10670-FMO-AS |
| Plaintiff, ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| vs. ) ) | |
| MORGAN & MORGAN MASS TORT LITIGATION GROUP, PLLC, and DOES 1 through 10, inclusive, and each of them ) ) ) ) ) | |
| Defendant. ) ) | |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice as to plaintiff and as to the class. No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P.

Respectfully Submitted this 25th Day of November, 2020.

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman
Attorney for Plaintiff